IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-2713-WJM-NYW

STEPHEN E. COLLINS; RESORT MEETING SOURCE, a Colorado limited liability company, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

PATRICK MEYERS, in his official capacity as Executive Director of the Colorado Office of Economic Development and International Trade,

    Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. of Civ. P. 7.1, Plaintiffs state that Resort Meeting Source, LLC, has no parent corporation and issues no shares of stock.

Dated: October 8, 2021.

    PACIFIC LEGAL FOUNDATION

    /s/ Wencong Fa
    Wencong Fa
    930 G Street
    Sacramento CA 95814
    Telephone: (916) 419-7111
    WFa@pacificlegal.org

    /s/ Glenn E. Roper
    Glenn E. Roper
    1745 Shea Center Dr., Ste. 400
    Highlands Ranch, CO 80129
    Telephone: (916) 419-7111
    GERoper@pacificlegal.org
    *Attorneys for Plaintiffs*