**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 21-cv-2713-WJM-NYW

STEPHEN E. COLLINS,
RESORT MEETING SOURCE, a Colorado limited liability company,
on behalf of themselves and others similarly situated,

      Plaintiffs,

v.

PATRICK MEYERS, in his official capacity as Executive Director of the Colorado Office
of Economic Development and International Trade,

      Defendant.

---

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

---

On October 12, 2021, the Court entered its Order Granting In Part and Reserving Ruling In Part on Plaintiffs Stephen E. Collins and Resort Meeting Source (jointly, "Plaintiffs") Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction ("Motion"). (ECF No. 14.) The TRO provides:

> Defendant Patrick Meyers, in his official capacity as
> Executive Director of the Colorado Office of Economic
> Development and International Trade [("OEDIT")], as well as
> his agents, employees, successors, and assigns, and all
> other persons in active concert or participation with him, is
> hereby IMMEDIATELY ORDERED AND RESTRAINED from
> enforcing or otherwise giving any effect to the minority-
> owned business preferences of SB 21-001, in distributing
> COVID-19 relief grants through the Disproportionately
> Impacted Business Grant Program, *see* Colo. Rev. Stat. §
> 24-48.5-127(2)(c)(II); *id.* § 24-48.5-127(3)(b)(I)[.]

(*Id.* at 10–11.) The Court ordered that the TRO would remain in effect until 11:59 p.m. on October 26, 2021, unless extended by the Court for good cause. (*Id.* at 11.)

A day later, on October 13, 2021, Defendant Patrick Meyers, in his official capacity as Executive Director of the OEDIT, filed his Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) ("Motion to Dismiss"), arguing that Plaintiffs lack standing for their lawsuit and that their lawsuit is moot.  (ECF No. 15.)

Given the rapid developments in this case, on October 15, 2021, the Court entered its Order Clarifying the Court's Temporary Restraining Order and Setting Briefing Schedule on Defendant's Motion to Dismiss.  (ECF No. 20.)  In that Order, the Court set a briefing schedule on the Motion to Dismiss and suspended briefing on that part of Plaintiffs' Motion seeking a preliminary injunction.  (*Id.* at 3.)  On October 25, 2021, the Motion to Dismiss became ripe.

The Court's review of the parties' briefing on the Motion to Dismiss (ECF Nos. 15, 19, 21, 22) and the authorities cited therein is well underway.  However, the Court will not issue any decision before the end of the day today.  Therefore, the Court *sua sponte* finds good cause to extend the TRO.

Accordingly, the Court hereby ORDERS that the Court's October 12, 2021 Temporary Restraining Order (ECF No. 14) is EXTENDED, and the TRO shall now expire at **11:59 p.m. on October 29, 2021**, unless the Court earlier dissolves it.

Dated this 26th day of October, 2021.

BY THE COURT:

William J. Martinez
United States District Judge

2