**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-2713-WJM-NYW

STEPHEN E. COLLINS,
RESORT MEETING SOURCE, a Colorado limited liability company,
on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

PATRICK MEYERS, in his official capacity as Executive Director of the Colorado Office of Economic Development and International Trade,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Pending Motions [ECF 25] entered by United States District Judge William J. Martínez on October 28, 2021, which granted Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1), it is

ORDERED that this matter is dismissed without prejudice for lack of subject matter jurisdiction. It is

FURTHER ORDERED that the parties shall bear their own costs and fees. This case will be closed.

DATED October 28, 2021, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: <u>s/L.Roberson</u>
L. Roberson
Deputy Clerk